Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KELLEE S., f.k.a.** <br> **KELLEE H.,** <br><br> Plaintiff, <br><br> vs. <br><br> Commissioner of Social Security Administration, <br><br> Defendant. | Civil No. 6:22-cv-1679-HZ <br><br> **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

The Commissioner takes no position on the request to award attorney fees pursuant to 42 U.S.C. §406(b). Upon consideration of Plaintiff's petition, and Defendant neither

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $14,087.75, out of which he will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by counsel in the amount of $8,924.90, for an anticipated net §406(b) cost to Plaintiff herein of $5,162.85. The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b).

IT IS SO ORDERED this day of __December 6__ 2025

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge